# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ASIM SHAKIR DANIELS,<br><br>　　　　　　　　　Defendant. | Case No.: 22cr111-JO-a<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On March 31, 2022, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for April 8, 2022, to June 3, 2022. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 30] and sets the Motion Hearing/Trial Setting on June 3, 2022 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.[1] Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//

---

[1] The Court also notes that although the CARES Act and the current Chief Judge Order permit this Court discretion to "take such actions as may be lawful and appropriate to ensure the fairness of the proceedings and preserve the rights of the parties," the current Chief Judge Order lifted the suspension of criminal trials and the Covid-related public health circumstances are no longer a basis alone to exclude time under the Speedy Trial Act. *See* Chief Judge Order 63-H (S.D. Cal. Mar. 2, 2022) (Sabraw, C.J.).

Further, on February 11, 2022, Defendant filed a pretrial motion that remains pending. Accordingly, the Court finds that time from February 11, 2022 to June 3, 2022, shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: 4/1/22

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE

22cr111-JO-a